# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ALLEN GREENFIELD,

                 Plaintiffs,

vs.

                                       CASE NO. 04-71086

SEARS, ROEBUCK AND CO.,              PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

                 Defendant
_____/

### AMENDED ORDER (a) BIFURCATING TRIAL; (b) HOLDING IN ABEYANCE "DEFENDANT'S MOTION *IN LIMINE* TO: (1) CUT-OFF PLAINTIFF'S DAMAGES AS OF SEPTEMBER 1, 2002; AND (2) TO PRECLUDE ARGUMENT AND EVIDENCE REGARDING DAMAGES AFTER SEPTEMBER 1, 2002"; AND (c) HOLDING IN ABEYANCE "PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE ANY TESTIMONY ABOUT OR REFERENCE TO PLAINTIFF'S USE OF THE DEFENDANT'S RELOCATION POLICY AND HIS APPLICATION FOR WORKERS' COMPENSATION BENEFITS UNDER OHIO LAW"

       IT IS HEREBY ORDERED that the Court will bifurcate the trial, to first try the question of fault on the part of Defendant, and after that verdict, if in Plaintiff's favor, consider allowing the testimony on the issue of damages. *See Saxion v. Titan-C-Manufacturing,* Inc., 86 F.3d 553 (6th Cire. 1996) ("A district court may bifurcate a trial 'in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy.' . . . [A] court may bifurcate a trial on its own motion.").

       IT IS FURTHER ORDERED that the Court HOLDS IN ABEYANCE (a) "Defendant's Motions *In Limine* to: (1) Cut-Off Plaintiff's Damages as of September 1, 2002; and (2) to Preclude Argument and Evidence Regarding Damages after September 1, 2002"; and (b) "Plaintiff Motion *In Limine* to Exclude any Testimony About or Reference to Plaintiff's use of the Defendant's Relocation Policy and his Application for Workers' Compensation Benefits

under Ohio Law," pending a verdict as to Defendant's culpability.


                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2006

                        CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
September 5, 2006.


                                        s/Denise Goodine
                                        Case Manager